190 So. 925

### Ganum TAYLOR v. STATE.
### 8 Div. 886.

Court of Appeals of Alabama.
June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge. .
Affirmed.

196 So. 906

### Tommie TAYLOR v. STATE.
### 7 Div. 542.

Court of Appeals of Alabama.
June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

194 So. 892

### Will TEAGUE v. STATE.
### 7 Div. 535.

Court of Appeals of Alabama.
Feb. 13, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

192 So. 924

### Marvin TEAL v. STATE.
### 4 Div. 523.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

195 So. 912

### Marvin TEAL v. STATE.
### 4 Div. 600.

Court of Appeals of Alabama.
April 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

196 So. 906

### Mitchell TERRELL v. STATE.
### 6 Div. 524.

Court of Appeals of Alabama.
June 18, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.